United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEIL STEINKE, <br>         Plaintiff, <br> v. <br> NANCY BERRYHILL, <br> Acting Commissioner of Social Security, <br>         Defendant. | CIVIL NO. 2:15-cv-01291-RAJ <br><br> ~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of 3,401.25 pursuant to 42 U.S.C. § 406(b). Because Ms. Gilbrough has already received $2,440.40, under the Equal Access to Justice Act, the Social Security Administration is directed to send a fee of $956.85 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

DATED this 31st day of August, 2018.

~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

| | |
|---|---|
| 1 | |
| 2 | *[signature: Richard A. Jones]* |
| 3 | The Honorable Richard A. Jones<br>United States District Judge |
| 4 | |

~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055